UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Stanley Ford,

Plaintiff,

v.                          Civil Action No.: _____

Florida Department of Transportation (FDOT),

Defendant.

_____/

FILED BY_____*MCO*_____D.C.

FEB 2 3 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## COMPLAINT

**(Title VII – Race Discrimination, Retaliation, and Hostile Work Environment)**

### Statement of Facts

1.  Plaintiff, an African American male, began his employment with the Florida Department of Transportation on August 7, 1995, and served as a District Contract Compliance Manager until his termination on January 29, 2025.

2.  Throughout his employment, Plaintiff consistently performed his duties satisfactorily and met or exceeded expectations.

3.  Beginning in 2024, Plaintiff was subjected to differential treatment compared to similarly situated non-African American employees, including removal from key work assignments, exclusion from professional committees, and denial of merit-based opportunities.

4.  Plaintiff was denied the ability to select staff members under his supervision, a privilege routinely granted to other managers.

5. On November 20, 2024, Plaintiff reported discriminatory conduct to management and opposed practices he reasonably believed violated Title VII.

6. Following his protected activity, Plaintiff experienced retaliation including written reprimands, exclusion from meetings, removal from committees, and ultimately termination.

7. Plaintiff was subjected to a hostile work environment characterized by idea theft, harassment, exclusion, and ongoing differential treatment.

8. Defendant's actions caused Plaintiff economic loss, emotional distress, and damage to his professional reputation.

Plaintiff, proceeding pro se, alleges:

1. **Jurisdiction & Venue**

This action arises under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq. Jurisdiction is proper under 28 U.S.C. §1331. Venue is proper in this District because the unlawful employment practices occurred in the Southern District of Florida.

2. **Parties**

a. Plaintiff is an individual residing in Miami-Dade County, Florida.

b. Defendant, the Florida Department of Transportation (FDOT), is an employer within the meaning of Title VII and conducts business in the State of Florida.

3. **Exhaustion of Administrative Remedies**

a. Plaintiff filed a Charge of Discrimination with the EEOC, Charge No. 510-2026-01673.

b. The EEOC issued a Notice of Right to Sue dated November 25, 2025.

c. This lawsuit is filed within 90 days of Plaintiff's receipt of that notice.

4. **Facts**

a. Plaintiff is African American and is therefore a member of a protected class.

b. Plaintiff was employed by Defendant as a District Contract Compliance Manager from August 7, 1995, until his termination on January 29, 2025.

c. Plaintiff was subjected to discriminatory treatment including, but not limited to:

- Removal from working events such as Task Teams, Contract Technical Review Committees,

   and Contract Team Building Meetings;

- Denial of merit increases;

- Denial of promotional opportunities;

- Being prevented from selecting staff members under his supervision.

d. Plaintiff reported and opposed discriminatory conduct on or about November 20, 2024.

e. After reporting discrimination, Plaintiff experienced retaliation including:

- Written reprimands.

- Exclusion from Contract Team Building Meetings;

- Removal from Technical Review Committees;

- Termination of employment.

f. Plaintiff was subjected to a hostile work environment including:

- Idea theft.

- Harassment.

- Exclusion from work-related activities; Technical Review Committees, Contract Team Building Exercises, Strategic Team Meeting, etc.

- Ongoing differential treatment compared to similarly situated employees.


5. **Claims for Relief**

**Count I – Race Discrimination (Title VII)**

Defendant discriminated against Plaintiff because of his race in violation of Title VII.

**Count II – Retaliation (Title VII)**

Defendant retaliated against Plaintiff for engaging in protected activity.

**Count III – Hostile Work Environment (Title VII)**

Defendant subjected Plaintiff to severe or pervasive harassment based on race.

6. **Damages**

Plaintiff seeks:

- Back pay and front pay;

- Compensatory damages for emotional distress;

- Punitive damages;

- Reinstatement or alternative equitable relief;

- Costs of litigation;

- Any other relief the Court deems just and proper.

7. **Jury Demand**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Stanley Ford

16920 SW 296 Street
Homestead, FL 33030
(305)525-1496
StanleyEFord@outlook.com

**Cc:**
Ivette Simon
FDOT
1000 N.W. 111 Avenue
Miami, FL 33172

FDOT
1000 NW 111th Avenue
MIAMI, FL 33172

Adrene Soule
DDOT
1000 N.W. 111 Avenue
Miami, FL 33172


Please retain this Notice for your records.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Miami District Office**
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/25/2025

**To:** Mr. Stanley Ford
16920 16920 SW 296 ST
HOMESTEAD, FL 33030
Charge No: 510-2026-01673

EEOC Representative and email:     RODNEY MOZARD
INVESTIGATOR
RODNEY.MOZARD@EEOC.GOV

---

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 510-2026-01673.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
11/25/2025
Evangeline Hawthorne
Director



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Miami District Office**

Miami Tower
100 S.E. 2nd Street, Suite 1500
Miami, FL 33131
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Miami Status Line: (866) 408-8075
Miami Direct Dial: (305) 808-1740
TTY (305) 808-1742
FAX (305) 808-1758

EEOC Charge No: 510-2026-01673

Stanley Ford                                    Charging Party
16920 SW 296 Street
Homestead, FL 33030

And

Florida Department of Transportation            Respondent
1000 NW 111th Ave
Miami, FL 33172

## NOTICE OF INTENT TO REVOKE

Under the authority vested in me by the Commission's Procedural Regulations at 29 C.F.R.
Section 1601.21(d) and Section 1620.30(b), I issue, on behalf of the Commission, the following
Notice of Intent to Revoke the Letter of Determination issued on November 25, 2025.

.

                                    On Behalf of the Commission,

                                    *Evangeline Hawthorne*

   December 1, 2025
Date                                Evangeline Hawthorne
                                    District Director

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal**. You should **keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 510-2026-01673 to the District Director at Evangeline Hawthorne, 100 SE 2nd St Suite 1500, Miami, FL 33131.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 510-2026-01673 to the District Director at Evangeline Hawthorne, 100 SE 2nd St Suite 1500, Miami, FL 33131.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.